### FRIED v. FELDMAN.

(Supreme Court, Appellate Term, First Department. June 18, 1914.)

TRIAL (§ 139*)—QUESTION OF LAW OR FACT—DISMISSAL OF COMPLAINT.

The trial court improperly dismissed the complaint in a broker's action for commissions, where, giving the testimony of plaintiff and his witnesses the benefit of every legitimate inference, there was sufficient proof of the employment, and a promise by defendant to pay for such services.

[Ed. Note.—For other cases, see Trial, Cent. Dig. §§ 332, 333, 338–341, 365; Dec. Dig. § 139.*]

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Louis Fried against Morris Feldman. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered.

Argued June term, 1914, before SEABURY, PAGE, and BIJUR, JJ.

D. Friedman, of New York City, for appellant.

M. Levy, of New York City, for respondent.

PER CURIAM. Plaintiff sued for broker's commissions. At the close of plaintiff's case, on motion of the defendant, the complaint was dismissed. Giving the testimony of the plaintiff and his witnesses the benefit of every legitimate inference that can be drawn therefrom, there was sufficient proof of the employment of the plaintiff by the defendant to purchase a house, and a promise on defendant's part to pay for such services.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.